**UNITED STATES of America ex rel.
James CARTER, Petitioner-
Appellant,**

v.

**Hon. Vincent R. MANCUSI, Superintend-
ent of Attica Correctional Facility,
Respondent-Appellee.**

No. 690, Docket 72–1187.

United States Court of Appeals,
Second Circuit.

Argued May 9, 1972.

Decided May 30, 1972.

Carol Berkman, New York City (Robert Kasanof, The Legal Aid Society, New York City), for appellant.

Hillel Hoffman, Asst. Atty. Gen., New York City (Louis J. Lefkowitz, Atty. Gen. of State of New York, Albany, N. Y., and Samuel A. Hirshowitz, First Asst. Atty. Gen., New York City, of counsel), for appellee.

Before FRIENDLY, Chief Judge, and MOORE and ANDERSON, Circuit Judges.

PER CURIAM:

The order is affirmed on the basis of Judge MacMahon's opinion below. 342 F.Supp. 1356.

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Dennis C. WILLIAMS, and Merlin J.
Charbonet, Defendants-Appellants.**

No. 71–2260
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 7, 1972.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

Affirmed.[1]  See Local Rule 21.[2]

---

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. We find without merit the contentions of Williams and Charbonet that the evidence was insufficient to support the jury verdicts of guilty as to both defendants on Count 1, and as to Charbonet on Counts 2, 3 and 4. We also find without merit the assertions of Williams that the district court improperly limited the cross-examination of prosecution witnesses, improperly instructed the jury on the law of conspiracy, and improperly denied the motion for severance.

2. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 430 F.2d 966.